IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN SAUNDERS, | : | CIVIL ACTION |
| | : | NO. 19-1010 |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT BRITTAIN, et al., | : | |
| | : | |
| Respondents. | : | |

**O R D E R**

**AND NOW**, this **11th** day of **September, 2020**, upon careful and independent consideration of Petitioner's Section 2254 habeas corpus petition, the pleadings and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (ECF No. 4), it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**;

2. The petition for a writ of habeas corpus (ECF No. 1) is **DENIED and DISMISSED**;

3. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right nor demonstrated that reasonable jurists would debate the correctness of the procedural aspects of this ruling. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000); and

4. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

**AND IT IS SO ORDERED.**

        _s/Eduardo C. Robreno_
        **EDUARDO C. ROBRENO, J.**